IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ABDULLAH ABDUS-SABIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 96-P-2300-S |
| ) | |
| BILL LINDSEY; MYRA SALTER; ) | |
| and STEVE DEES, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

Following an evidentiary hearing held July 29-30, 1999, the magistrate judge filed a report and recommendation on March 17, 2000, setting forth proposed findings of fact and conclusions of law for consideration by the Court. The magistrate judge also recommended that plaintiff's claims for injunctive relief be denied and that judgment be entered in favor of the defendants. No objections have been filed by any party.

The Court has now reviewed and considered de novo all the materials in the file, including the transcript of the evidentiary hearing. The Court concurs in both the findings of fact and the conclusions of law set forth by the magistrate judge. Accordingly, the report and recommendation is hereby ADOPTED and ACCEPTED by the Court. The Court will enter judgment in favor of the defendants and against the plaintiff.

DONE this the 30th day of March, 2000.

SAM C. POINTER, JR.
UNITED STATES DISTRICT JUDGE